Chris Froines
Froines Law Office, Inc.
3819 Stephens Ave. #301
Missoula, Montana 59801
406-829-3303 (voice)
chris@froineslawoffice.com (email)

Timothy C. Kelly
Kelly Law Office
Post Office Box 65
Emigrant MT 59027
406/333-4111 (voice)
tckelly@attglobal.net (email)

Attorneys for Plaintiff Faron Siers

# UNITED STATES DISTRICT COURT
## District of Montana, Billings Division

| | |
|---|---|
| Faron Siers, ) | |
| ) | Case No. 1:18CV-00107-SPW |
| Plaintiff, ) | |
| ) | **UNOPPOSED** |
| versus ) | MOTION TO EXTEND PERIOD FOR |
| ) | SERVICE UPON DEFENDANT GEORGE |
| Casey's Corner Convenience ) | |
| Store #10 aka Story ) | |
| Distributing Company and ) | |
| Chris George, ) | |
| ) | |
| Defendants. ) | |

UNOPPOSED MOTION TO EXTEND PERIOD FOR SERVICE UPON
DEFENDANT GEORGE

Plaintiff, by her attorneys, requests that the Court grant her an additional

ninety (90) days to serve the Defendant Chris George.  Counsel for Defendant

-1-

Story Distributing Company has been advised of this motion and has no objection.

In support of this motion, Plaintiff advises that she has engaged a process service company licensed in the State of Montana to attempt service upon Mr. George at his last known address in this state, at his last known place of employment in Montana, and at an alternative address in Montana identified in certain court records involving Mr. George. Plaintiff further advises that she has engaged a process service company in Charlotte, North Carolina, to attempt service upon Mr. George at the last known address(es) of his immediate family members. Plaintiff has also attempted to locate Mr. George by means of various public record data sources, including motor vehicle records. To date, Plaintiff has been unable to locate and serve Mr. George although she has exercised and continues to exercise due diligence to do so.

As a result of the foregoing, Plaintiff requests an additional 90 days, in addition to the 90-day time period afforded by Local Rule 4.5(a).

For the convenience of the Court, a proposed order is attached and has been forwarded electronically pursuant to Local Rule 7.1(c).

Respectfully submitted this 1st day of October.

/s/ Timothy C. Kelly
Timothy C. Kelly, One of the Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# District of Montana, Billings Division

| | |
|---|---|
| Faron Siers, | ) |
| | ) Case No. 1:18CV-00107-SPW |
| Plaintiff, | ) |
| | ) |
| versus | ) ORDER |
| | ) |
| Casey's Corner Convenience Store #10 aka Story Distributing Company and Chris George, | ) ) ) ) |
| | ) |
| Defendants. | ) |

This matter coming before the Court on the Plaintiff Faron Siers' unopposed motion to extend the period for service upon the Defendant Chris George and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's motion is granted and Plaintiff is afforded an additional 90 days, until January 8, 2019, to accomplish service upon the individual Defendant Chris George.

Done and dated this ___ day of October, 2018.

_____
Susan P. Watters
United States District Court Judge