IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

JAN 22 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| FARON SIERS, <br><br> Plaintiff, <br><br> vs. <br><br> CASEY'S CORNER CONVENIENCE STORE #10, also known as STORY DISTRIBUTING COMPANY, and CHRIS GEORGE, <br><br> Defendants. | CV 18-107-BLG-SPW <br><br> ORDER |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are **VACATED**. The Final Pretrial Conference set for June 10, 2020 at 1:30 p.m. is **VACATED** and the jury trial set for June 22, 2020, is **VACATED**.

DATED this 22nd day of January, 2020.

SUSAN P. WATTERS
United States District Judge