

FILED

FEB 12 2020

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| FARON SIERS, | Cause No. CV-18-107-BLG-SPW |
| Plaintiff, | |
| vs. | |
| CASEY'S CORNER CONVENIENCE STORE #10 a/k/a STORY DISTRIBUTING COMPANY AND CHRIS GEORGE, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Upon the Stipulation for Dismissal with Prejudice (Doc. 38) between the parties hereto, by and between their counsel of record, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is **DISMISSED WITH PREJUDICE,** each party to bear their own costs and attorneys' fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 11th day of February, 2020.

SUSAN P. WATTERS
United States District Judge